# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Sandra Cruz Noriega,

       Petitioner,

v.

USA,

       Respondent.

**NO. CV-16-00593-TUC-DCB**

**JUDGMENT**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order filed May 18, 2017, movant's amended motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is denied and the civil action opened in connection is hereby dismissed with prejudice.

                              Brian D. Karth
                              District Court Executive/Clerk of Court

May 18, 2017

                              s/ K H
                     By   Deputy Clerk